ACCEPTED
14-14-00175
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/18/2015 4:56:06 PM
CHRISTOPHER PRINE
CLERK

# J. M. Arpad Lamell

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/18/2015 4:56:06 PM

CHRISTOPHER A. PRINE
Clerk

February 18, 2015

The Honorable Christopher A. Prine
Clerk of the Fourteenth Court of Appeals
301 Fannin St.
Houston, TX 77002

Re: Omissions in *4th Supplemental Clerk's Record - J M Arpad Lamell v. OneWest Bank FSB*, Case No. 14-14-00175-CV

Dear Mr. Prine:

Please see the attached copy of my letter sent this day to the Harris County District Clerk regarding omissions in the 4th Supplemental Clerk's Record recently filed with the Court.


Regards,


/s/ *J. M. Arpad Lamell*
J M Arpad Lamell, pro se
5131 Glenmeadow Drive
Houston, TX 77096
Lamell@alum.mit.edu
713 857 2483

cc:     Thomas A. Hanson, Esq. Appellee's Counsel

5131 Glenmeadow Drive, Houston, TX 77096                                    1

**J. M. Arpad Lamell**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 18, 2015</u>, a true and correct copy of the foregoing letter was sent by e-service/e-mail to Mr. Thomas Hanson, lead counsel for Appellee OneWest to the address as shown below.

 /s/ J. M. Arpad Lamell

J. M. Arpad Lamell

Via:   TexFile e-service and e-mail.
To:   **Thomas M. Hanson**
      DYKEMA
      Commercia Bank Tower
      1717 Main Street, Ste. 4000
      Dallas, TX 75201
      (214) 462-6420 telephone   (214) 462-6401 telecopier
      thanson@dykema.com
      www.dykema.com
      *Counsel for Appellee OneWest Bank*

# J. M. Arpad Lamell

February 18, 2015

Chris Daniel, District Clerk
Harris County, Texas
Civil/Family Post Trial
201 Caroline, Suite 250
P.O. Box 4651
Houston, TX 77210

Re: Omissions in *4th Supplemental Clerk's Record* - Case No. 14-14-00175-CV
*J M Arpad Lamell v. OneWest Bank FSB*, **Cause No. 2010-11491**

Dear Mr. Daniel:

I am writing to call your attention to omissions in the *4th Supplemental Clerk's Record* recently filed in appellate case *J M Arpad Lamell v. OneWest Bank, FSB*, No. 14-14-00175-CV. This is an appeal of the summary judgment decision of the 127 District Court of Harris County in Cause No. 2010-11491.

I received notice from the Court of Appeals by mail on February 13 that the *4th Supplemental Clerk's Record* had been filed in my appellate case. I was able to pick up a copy of this supplement on Tuesday, after the Presidents' Day holiday weekend.

Upon reviewing this copy, I discovered that a few of the items I had requested had somehow been omitted from the *4th Supplemental Clerk's Record* as filed with the Court of Appeals. With the case set for submission on February 24th, this has now become a matter of some urgency.

The following requested items were omitted:

1. January 9, 2015 "Order to Re-establish Lost Filing" (Image No. 63810997)
2. Docket Control Order of 01/08/2013 (Image No. 5446949)
3. August 2012 Clerk's Certificate of Deposit in Lieu of Supersedeas Bond.
4. December 2012 Clerk's Certificate of Deposit in Lieu of Supersedeas Bond.

I appreciate your patience and cooperation in addressing my several previous requests for supplementation. I apologize to the extent that my inexperience in this

# J. M. Arpad Lamell

process may have made things especially challenging for your office. The Court, for its part, has been most gracious and generous in granting the necessary extensions to process these requests.

I have visited personally with Mr. Gilmore and Ms. Wojcik to review this last request and they were most helpful and courteous. Despite their best intentions and efforts, however, it seems that the above-listed items failed to make it into the *4th Supplemental Clerk's Record*. I sincerely hope the omitted items can be processed and submitted to the Court on a priority basis in time for its consideration of my appellate matter.

Would you please include the above referenced items in an *Amended 4th Supplemental Clerk's Record* as soon as possible so that the amended supplement can be available to the Justices prior to submission?

Since it does not appear I had been charged for the omitted items, please let me know as soon as possible what additional charges will be required for the pages to be added. I will then make the necessary payment immediately.

Regards,

/s/ *J. M. Arpad Lamell*
J M Arpad Lamell, pro se
5131 Glenmeadow Drive
Houston, TX 77096
Lamell@alum.mit.edu
713 857 2483

cc:    Christopher Prine, Chief Clerk, Fourteenth Court of Appeal
        Thomas A. Hanson, Esq. Appellee's Counsel

**J. M. Arpad Lamell**

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>February 18, 2015</u>, a true and correct copy of the foregoing letter was sent by e-service/e-mail to Mr. Thomas Hanson, lead counsel for Appellee OneWest to the address as shown below.

 /s/ J. M. Arpad Lamell

J. M. Arpad Lamell

Via:   TexFile e-service and e-mail.
To:    **Thomas M. Hanson**
       DYKEMA
       Commercia Bank Tower
       1717 Main Street, Ste. 4000
       Dallas, TX  75201
       (214) 462-6420 telephone   (214) 462-6401 telecopier
       thanson@dykema.com
       www.dykema.com
       *Counsel for Appellee OneWest Bank*